EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Aprobación de Cambio de Estatus Inactivo de marzo de 2018 a mayo de 2018 | 2018 TSPR 108<br><br>200 DPR ____ |
| --- | --- |

Número del Caso:  EM-2018-15


Fecha: 11 de junio de 2018


Materia:  Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
marzo 2018 a mayo de 2018        EM-2018-15




RESOLUCIÓN


En San Juan, Puerto Rico, a  11 de junio de 2018.

    Durante el periodo de marzo de 2018 a mayo de 2018, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### marzo 2018

| | |
|---|---|
| Luis M. Delgado Colón | 6854 |
| Jaime Marcial Falcón | 11,372 |
| Francisco Martín Vélez | 2859 |
| Yasmín E. Rodríguez Rodríguez | 9772 |
| Pedro J. Varela Fernández | 3146 |
| Migdalia Adrover Rodríguez | 8685 |
| Lydia M. Arroyo Tirado | 9818 |
| José R. León Hernández | 4334 |
| María A. Montalvo del Toro | 6538 |
| Wilfredo A. Ruiz Cabán | 10,070 |
| Aníbal Torres Rivera | 6146 |
| Zaida Lizardi O´neill | 11,836 |
| Gladys Fernández de Ruiz | 3109 |
| Gerardo L. Zamora Vázquez | 16,450 |

### abril 2018

| | |
|---|---|
| Pío R. Rechani López | 11,265 |
| Lynn M. Doble Salicrup | 12,095 |
| Jennifer M. Irizarry Rodríguez | 20,585 |

Aprobación de Cambio de                          Página 2
Estatus Inactivo de
marzo 2018 a mayo de 2018

| | |
|---|---|
| Fernando E. Betancourt Medina | 7632 |
| Nydia García Carrasquillo | 5263 |
| Lorraine J. Riefkohl Gorbea | 3865 |
| Vivian L. Rivera Flores | 8270 |
| Edilia Vázquez Hernández | 9189 |
| Aida M. Vázquez Martínez | 5075 |
| Luis F. Colón González | 5606 |
| Rey O. Contreras Moreno | 10,305 |
| Gloria I. del Nido Morris | 7740 |
| Hiram González Ojeda | 3811 |
| Carmelo Guzmán Geigel | 4558 |
| María D. LLavona López | 11,421 |
| Zulma Ivette Santiago Rivera | 18,654 |
| Azalea M. Ortiz Rodríguez | 16,039 |
| Javier E. Calderón Garnier | 14,256 |
| Luis E. Maldonado Guzmán | 4612 |
| Maritza I. Munich | 8107 |

**mayo 2018**

| | |
|---|---|
| Aníbal A. Acosta Cruz | 7198 |
| Francisco J. Barnés Español | 4189 |
| Joaquina Bird Picó | 9369 |
| Etienne Estremera Soto | 2695 |
| Lino Ramírez Feliciano | 5489 |
| Francisco Sierra Méndez | 5379 |
| Celeste E. Surís Rosselli | 17,540 |
| Judith Soler Bechara | 11,262 |
| Héctor Clemente Delgado | 8137 |
| Everett M. De Jesús Kitchen | 6658 |
| Juan Plinio Pérez Marrero | 1454 |
| Vivian A. Sánchez Rivera | 12,055 |
| Jelissa Vélez Quiñones | 13,665 |
| Orlando Vizcarrondo Narváez | 4567 |
| Blanca M. Ortiz Torres | 7000 |
| Athos R. Castro Cros | 2599 |
| Francisco J. Criado Vázquez | 3826 |
| Carlos M. Maldonado Casillas | 2280 |
| José A. Rodríguez Arenas | 5022 |
| Víctor M. Carreras Roena | 7257 |
| Juan R. Cotto Vives | 4470 |
| Roger Ferrán Quintana | 8516 |
| Osvaldo L. Gil | 2413 |
| María E. Gómez Velázquez | 4488 |
| Miguel Meléndez Acosta | 2222 |
| Milagros M. Gavilán | 10,658 |
| Fernando J. Martín García | 4693 |
| Pedro A. Martín Maldonado | 4802 |

Aprobación de Cambio de                    Página 3
Estatus Inactivo de
marzo 2018 a mayo de 2018

| | |
|---|---|
| Elba R. Rodríguez Fuentes | 7212 |
| Juan F. Santos Visbal | 11,513 |
| Roberto Clemente Colón | 4743 |
| Irene Córdova Rodríguez | 9672 |
| Rey G. Cruz Ramírez | 10,682 |
| Magalie Hosta Modestti | 2625 |
| Elsa Jiménez Del Pilar | 6574 |
| Ramón A. Ortiz Aponte | 3228 |
| Samuel Silvestrini Soto | 3142 |
| Aida G. Rivera Carattini | 6600 |
| Ledith P. Lugo Blanco | 12,797 |
| Carmen M. Ramos Cruz | 5204 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo